# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

HOWARD COHAN,

        **Plaintiff,**

v.                               **Case No. 6:23-CV-0981**

FEDEX OFFICE AND PRINT
SERVICES, INC. a Foreign Profit
Corporation d/b/a FEDEX OFFICE
SHIP & PRINT CENTER,

        **Defendant.**

_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, FEDEX OFFICE AND PRINT SERVICES, INC., (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within sixty (60) days.

DATED: August 29, 2023.               Respectfully submitted,

_/s/ Gregory S. Sconzo_            _/s/ Gretchen M. Lehman_
Gregory S. Sconzo, Esq.          Gretchen M. Lehman
Florida Bar No.: 0105553         Florida Bar No. 0046365

-1-

Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: samantha@sconzolawoffice.com
Email: alexa@sconzolawoffice.com

Attorneys for Plaintiff

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
100 North Tampa Street, Suite 3600
Tampa, FL 33602
Telephone: (813) 289-1247
Facsimile:  (813) 289-6530
Email: gretchen.lehman@ogletree.com
Email: angela2.jackson@ogletree.com
Email: TAMdocketing@ogletree.com

Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 29, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Gretchen M. Lehman*
Attorney for Defendant